**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| GERRDO LUCIANO TAPIA, ) | Case No. CV 17-00525-ODW (AS) |
|         Petitioner, ) | |
|      v. ) | **JUDGMENT** |
| UNITED STATES DISTRICT COURT, ) CENTRAL DISTRICT OF ) CALIFORNIA, ) | |
|         Respondent. ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 24, 2017

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE